IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Teresa R

Printed: 9/30/08

Case Number: 07 B 20591
Judge: Hollis, Pamela S
Filed: 11/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 18, 2008
Confirmed: March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,040.00 |  |
| Secured: |  | 5,647.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 392.62 |
| Other Funds: |  | 0.00 |
| Totals: | 6,040.00 | 6,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 33,333.09 | 5,647.38 |
| 3. | Illinois Student Assistance Commission | Unsecured | 8,356.90 | 0.00 |
| 4. | T Mobile USA | Unsecured | 653.56 | 0.00 |
| 5. | Ankle N Foot Center.Com | Unsecured |  | No Claim Filed |
| 6. | Medical Collections | Unsecured |  | No Claim Filed |
| 7. | Medical Collections | Unsecured |  | No Claim Filed |
| 8. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 9. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 10. | MRSI | Unsecured |  | No Claim Filed |
| 11. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | American Recovery System | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,343.55 | $ 5,647.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 392.62 |
|  | _____ |
|  | $ 392.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jones, Teresa R | Case Number:  07 B 20591 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/30/08 | Filed:  11/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

